

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **BRADFORD C. PATRICK**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-1575<br>Fax: (212) 788-9776 |

August 10, 2009

BY ECF
Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: Clifton Lowe v. City of New York, et al.
           09 CV 11 (SJ)(JMA)

Your Honor:

        I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter. Defendants write to inform the Court that the parties have reached a settlement in principle of the above-referenced matter. A Stipulation and Order of Settlement and Discontinuance will be submitted for the Court's endorsement shortly. The parties are currently scheduled to appear before Your Honor for a conference tomorrow, August 11, 2009, at 2:00 p.m. In light of the settlement, defendants respectfully request that the Court cancel the conference.

        Thank you for your consideration in this regard.

                              Respectfully submitted,

                              /s/

                              Bradford C. Patrick
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

cc:    Michael O. Hueston, Esq.
        *Attorney for Plaintiff*
        350 Fifth Ave., Suite 4810
        New York, NY 10118